CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
amandas@potterhandy.com
(858) 375-7385; (888) 422-5191 fax
Attorneys for Plaintiff


ROBERT D. VOGEL (SBN: 063091)
robert.vogel@jacksonlewis.com
ARIEL N. BROTMAN (SBN: 324286)
ariel.brotman@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Attorneys for Defendants
Lakeshore Equipment Company and
Kerdman Pasadena Associates LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>KERDMAN PASADENA ASSOCIATES LLC, a California Limited Liability Company; LAKESHORE EQUIPMENT COMPANY, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:20-CV-02481-GW-PVC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

1    Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

2   between the parties hereto that this action may be dismissed with prejudice

3   as to all parties; each party to bear his/her/its own attorneys' fees and costs.

4   This stipulation is made as the matter has been resolved to the satisfaction of

5   all parties.

6

7   Dated: July 10, 2020            CENTER FOR DISABILITY ACCESS

8
                                    By:___/s/Amanda Lockhart Seabock___
9                                       Amanda Lockhart Seabock
                                        Attorney for Plaintiff
10

11

12  Dated: July 10, 2020            JACKSON LEWIS P.C.

13
                                    By:___/s/Robert D. Vogel_____
14
                                        Robert D. Vogel
15                                      Attorney for Defendants
                                        Kerdman Pasadena Associates LLC
16                                      Lakeshore Equipment Company

17

18

19

20

21

22

23

24

25

26

27

28

2

Joint Stipulation for Dismissal              Case: 2:20-CV-02481-GW-PVC

## <u>SIGNATURE CERTIFICATION</u>

I hereby certify that the content of this document is acceptable to Robert D. Vogel, counsel for Kerdman Pasadena Associates LLC and Lakeshore Equipment Company, and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 10, 2020                 CENTER FOR DISABILITY ACCESS

                                                    /s/Amanda Lockhart Seabock
                                                  Amanda Lockhart Seabock
                                                  Attorney for Plaintiff

3